```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES SECURITIES &                                  :
EXCHANGE COMMISSION,                                        :
                                    Plaintiff,              :      19 Civ. 4355 (LGS)
                                                            :
            -against-                                       :      ORDER
                                                            :
COLLECTOR'S COFFEE, INC., et al.,                           :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff has filed an emergency motion to compel third-party Veronica Kontilai to appear at a deposition scheduled for June 19, 2019.  It is hereby

**ORDERED** that if Kontilai opposes the motion, then by **June 18, 2019, at 12:00 p.m.**, she shall file a letter brief, not to exceed three pages, explaining why the adverse spousal testimonial privilege applies in this civil case.  *See United States v. Premises Known as 281 Syosset Woodbury Rd., Woodbury, N.Y.*, 71 F.3d 1067, 1071 (2d Cir. 1995) ("[T]he possibility of some future prosecution against Mr. Camiola is far too speculative to justify application of the privilege."); *accord In re Shur*, 225 B.R. 295, 300 (Bankr. E.D.N.Y. 1998).  It is further

**ORDERED** that by **June 18, 2019, at 12:00 p.m.**, Plaintiff shall file Kontilai's deposition subpoena on ECF.

Dated: June 17, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**