UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                                 :

                      Plaintiff,                     :        <u>ORDER</u>

                         -v.-                              :
                                                            19 Civ. 4355 (LGS) (GWG)

COLLECTOR'S COFFEE INC., et al.,            :

                     Defendants.               :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      With regard to Docket ## 154 and 156, the Court does not understand from the Dodgers' letter (# 154) that the Dodgers are seeking a stay of all discovery. It is for this reason that the Court does not see why the Dodgers would be prejudiced by disclosing the information required under Rule 26(a)(1). After all, without a stay, the "Holders" would be free to seek the same information (and more) by means of interrogatories and document requests under Fed. R. Civ. P. 33, 34.

      The due date of the Rule 26(a)(1) disclosures is extended until December 9, 2019. The parties may extend this date by mutual agreement and without Court order.

      SO ORDERED.

Dated: November 27, 2019
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge