USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                                          :

          Plaintiff,                          :   ORDER

          -v.-                                :
                                                         19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,                              :

          Defendants.                         :
-----------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The motions of counsel for Mykalai Kontilai, Veronica Kontilai, and Collector's Coffee Inc. to withdraw (Docket ## 163, 164, 166) are each granted. All discovery as between these three parties and any other party is stayed until January 21, 2020. If no notice of appearance is filed by an attorney for Mykalai Kontilai or Veronica Kontilai by January 21, 2020, such party will proceed pro se. If no attorney files a notice of appearance on behalf of Collector's Coffee Inc. by that date, it will be deemed in default since a corporation can only appear by an attorney.

      The motion to adjourn the preliminary injunction hearing scheduled for December 13, 2019 (Docket # 171, 172), is granted. The hearing is adjourned sine die

      Outgoing counsel are each directed to provide a copy of this Order to their clients.

      SO ORDERED.

Dated: December 10, 2019
      New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge