```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
UNITED STATES SECURITIES AND                                    :
EXCHANGE COMMISSION,                                            :
                                                                :
                    Plaintiff,                                  :    ORDER
                                                                :
            -v.-                                                :
                                                                     19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,                                :
                                                                :
                    Defendants.                                 :
---------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Because it is possible the Court may find it relevant in deciding the pending motion to substitute, the Court directs the Los Angeles Dodgers, LLC to file a letter on or before February 5, 2020, stating whether, in the event it was substituted out of this case, (1) it would agree to accept service of any Rule 45 subpoena if served on its attorney pursuant to Fed. R. Civ. P. 5(b)(2); and (2) it would agree to transfer any application relating to compliance with a subpoena to this Court, see Fed. R. Civ. P. 45(f).

      In the event the Dodgers agree to either or both, the Holders may file a brief letter on February 11, 2020, if they wish to make arguments regarding what the effect should be of the positive response. The Dodgers may reply by February 14, 2020.

      SO ORDERED.

Dated: January 29, 2020
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge