UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
          :
UNITED STATES SECURITIES AND      :
EXCHANGE COMMISSION,
          :
     Plaintiff,     :   ORDER

     -v.-     :
            19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,   :

     Defendants.    :
-----------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The Court has reviewed the parties' letters (Docket ## 210, 211) regarding a proposed schedule and rules as follows:

     The time for defendants and the relief defendant to answer the Amended Complaint is extended to March 6, 2020.

     The governing Scheduling Order (Docket # 124) is amended as follows:

     The deadline in paragraph III.b is changed to May 1, 2020. The "Timetable" deadlines in paragraph III.c are eliminated; instead, the parties should endeavor to conduct depositions as expeditiously as possible in light of their obligation to meet the deadline in paragraph III.d. The deadline in paragraph III.d is changed to August 17, 2020. The deadline in paragraph III.e is changed to July 15, 2020. The deadline in paragraph III.f is changed to July 23, 2020.

     SO ORDERED.

Dated: February 3, 2020
      New York, New York

                                         _____
                                         GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge