ALVA & GLEIZER PLLC
Guillermo A. Gleizer
347 5th Avenue, Suite 1402
New York, New York 10016
(646) 233-4097
*Attorneys for Intervenor Defendant Mykalai Kontilai*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

- against -

COLLECTOR'S COFFEE, INC. (d/b/a
COLLECTORS CAFE), and MYKALAI
KONTILAI,

                Defendants, and

VERONICA KONTILAI,

                Relief Defendant

------------------------------------------------------------

SDJ Investments, LLC; Abode Investments,
LLC; Darren Sivertsen, Trustee of the Sivertsen
Family, Trust U/A/D 10/01/2002,

                Intervenor-Plaintiffs

v.

COLLECTOR'S COFFEE, INC.,
MYKALAI KONTILAI, an Individual,
LOS ANGELES DODGERS LLC,
DOE INDIVIDUALS 1 THROUGH 50,
AND ROE CORPORATIONS 1 THROUGH 50,

                Intervenor-Defendants

------------------------------------------------------------

19-cv-04355 (LGS) (GWG)
ECF CASE

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Guillermo A. Gleizer of the law firm Alva & Gleizer, PLLC, 347 5th Avenue, Suite 1402, New York, New York 10016, an attorney admitted to practice in this Court, hereby appears in this action as counsel on behalf of Intervenor Defendant Mykalai Kontilai.

| | |
|---|---|
| Dated: New York, New York<br>February 14, 2020 | ALVA & GLEIZER PLLC<br>By:<br><u>/s *Guillermo Gleizer*</u><br>Guillermo A. Gleizer<br>347 5th Avenue, Suite 1402<br>New York, New York 10016<br>(646) 233-4097<br><br>guillermo@alvagleizer.com<br><br>*Attorneys for Intervenor Defendant Mykalai Kontilai* |