UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES SECURITIES AND                                :
EXCHANGE COMMISSION,                                        :
                                                            :
                    Plaintiff,                              :      ORDER
                                                            :
            -v.-                                            :
                                                                   19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,                            :
                                                            :
                    Defendants.                             :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Counsel for defendants Collector's Coffee, Inc. and Veronica Kontilai have filed motions to withdraw (Docket ## 219, 224-26). The Court hereby ORDERS as follows:

1. Any party wishing to oppose this motion shall file papers in opposition by March 9, 2020, or send a letter to the Court for receipt by that date.

2. A conference to discuss the motion will take place in Courtroom 6-B, 500 Pearl Street, New York, New York, on <u>Wednesday, March 18, 2020, at 10:00 a.m.</u>

3. <u>Defendants Collector's Coffee, Inc. and Veronica Kontilai are both required to attend this conference.</u> The corporation must send to the conference a representative who is authorized to engage counsel. Ms. Kontilai must attend in person. Other parties are not required to attend. Please be sure to arrive early so that the conference may begin on time.

4. Counsel for defendants — Ramon de la Cabada, Steve C. Sessa, Curtis S. Alva, and Guillermo A. Gleizer — shall arrange for hand delivery or delivery by overnight mail or email to their client of a copy of this Order and the papers filed in support of the motion to withdraw. Afterwards, they shall make all reasonable efforts to confirm by telephone and/or e-mail that the papers and the copy of this Order were actually received by their client and that their client is aware that they must appear at the Court conference on March 18, 2020, at 10:00 a.m.

5. On or before March 11, 2020, Mr. de la Cabada, Mr. Sessa, Mr. Alva, and Mr. Gleizer shall file with the Court an affidavit or declaration indicating their efforts to comply with paragraph 4 of this Order.

6. <u>Defendants Collector's Coffee, Inc. and Veronica Kontilai are warned that if they fail to comply with this order, a default judgment may be entered against them and they may be subject to other sanctions.</u>

7. If an attorney files a notice of appearance for a party before the date of the conference, the presence of the party and the attorney moving to withdraw for that party will not be required.

SO ORDERED.

Dated: February 24, 2020
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge