USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

                          Plaintiff(s),          19 Civ. 4355 (LGS)

        -against-                    AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

COLLECTOR'S COFFEE INC., et al.,

                         Defendant(s).
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Gabriel W. Gorenstein United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

✔ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

✔ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

Motion proposed at Dkt. No. 155

Motion proposed at Dkt. No. 232 (for certification of the facts)

\_\_\_\_\_ JURY SELECTION

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____

SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.