UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

19-cv-04355-LGS-GWG

Plaintiff,

-against-

COLLECTOR'S COFFEE, INC., et al.,

Defendants.
_____/

### AFFIDAVIT

I, Ramon de la Cabada, submit this affidavit pursuant to the order entered on February 24, 2020. I being sworn, certify that the following statements are true:

1. On February 26, 2020, I delivered via an attachment to an email a copy of the order entered by this Court on February 24th and filed with the clerk on February 25th ; and a copy of my motion to withdraw to corporate representatives for Collector's Coffee (hereinafter referred to as "CCI rep").

2. On February 27th, I received a reply via email from one CCI rep acknowledging receipt of the email.

3. On March 3rd, I sent another email because I had only received one acknowledgment of receipt. Another CCI rep kindly replied via email a few minutes later acknowledging receipt of the email.

4. Since March 3rd, there have been further communications with CCI rep regarding the retaining of new counsel.

5. On March 10th, I sent an email to the two previously referenced corporate representatives with the aforementioned order from the Court attached again and an additional explanation.

6. With the filing of this document, it is my firm belief that I have complied with paragraphs

4 and 5 of the aforementioned order of this Court.

_____
Ramon de la Cabada

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this _10_ day of _March_, 2020, by Ramon de la Cabada.

Personally Known ☒ OR Produced Identification ☐
Type of Identification Produced:
Online Notary: ☐

Maria Cano
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG200141
Expires 3/26/2022

_____
NOTARY PUBLIC SIGNATURE

_Maria Cano_
PRINT NAME

2