```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES SECURITIES AND                                :
EXCHANGE COMMISSION,                                        :        19 Civ. 4355 (LGS)
                                Plaintiff,                  :
                                                            :        ORDER
                -against-                                   :
                                                            :
COLLECTOR'S COFFEE INC., et al.,                            :
                                Defendants.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 28, 2020, Judge Gorenstein issued a Report and Recommendation to grant the motion brought by Intervenor-Defendant Los Angeles Dodgers, LLC ("the Dodgers") to substitute the Dodgers with the Jackie Robinson Foundation, Inc. (Dkt. No. 230);

WHEREAS, as stated in Judge Gorenstein's February 28, 2020, Report and Recommendation, the deadline for any objections was March 13, 2020;

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) Advisory Committee Notes; *accord Niles v. O'Donnell*, No. 17 Civ. 1437, 2019 WL 1409443, at *1 (S.D.N.Y. Mar. 28, 2019);

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety as the opinion of the Court. For the reasons stated in the Report and Recommendation, the Dodgers' motion is **GRANTED** and the Jackie Robinson Foundation, Inc. shall be substituted as an

intervenor-defendant in place of the Dodgers.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 178.

Dated: April 1, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**