UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                :

    Plaintiff,                           :        19 Civ. 4355 (LGS) (GWG)

       -v-                            :
                                                     **ECF CASE**
COLLECTOR'S COFFEE INC., et al.,    :

    Defendants.                      :

-------------------------------------------------------x

**NOTICE OF MOTION TO STAY ACTION PENDING THE
U.S. SUPREME COURT'S DECISION IN <u>LIU V. SECURITIES AND EXCHANGE
COMMISSION</u> BY DEFENDANT MYKALAI KONTILAI**

       **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Steven Sessa in Support of Motion to Stay Pending the U.S. Supreme Court's Decision in <u>Liu v. Securities and Exchange Commission</u> by Defendant Mykalai Kontilai, and the Memorandum in Support thereof, Defendant Mykalai Kontilai hereby moves this Court before the Honorable Magistrate Judge Gabriel W. Gorenstein, United States Magistrate Judge, to enter the accompanying [Proposed] Order Granting Defendant's Motion to Stay, and such other and further relief as the Court deems appropriate.

       **PLEASE TAKE FURTHER NOTICE,** that pursuant to this Court's Individual Rules, counsel for the parties have conferred and agreed upon the following briefing schedule: Opposition papers must be filed by May 27, 2020, and reply papers must be filed by June 3, 2020.

                                                      Respectfully Submitted,

Dated: May 13, 2020                        /s/ *Steven Sessa* (*pro hac vice*)
West Palm Beach, FL                    **STEVEN C. SESSA, P.A**.

901 N. Olive Avenue
W. Palm Beach, FL 33401
(561) 225-1599
(561) 659-1322- Fax
sessalaw@aol.com

Attorney for Defendant Mykalai Kontilai

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Service List.

/s/ *Steven Sessa*
STEVEN C. SESSA