UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :
UNITED STATES SECURITIES AND      :
EXCHANGE COMMISSION,                   :         19 Civ. 4355 (LGS)
                             Plaintiff,   :
                                                   :              <u>ORDER</u>
                      -against-                           :
                                                   :
COLLECTOR'S COFFEE INC., et al.,        :
                                     Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 20, 2020, Defendant Collector's Coffee, Inc. filed a pre-motion letter seeking to move to dismiss and to strike portions of the Amended Complaint (Dkt. No 345). On May 27, 2020, the SEC filed a letter response (Dkt. No. 349). It is hereby

      **ORDERED** that Defendant Collector's Coffee, Inc. shall file a consolidated motion to dismiss and to strike according to the following schedule:

- By **June 19, 2020**, Defendant Collector's Coffee, Inc. shall file its motion, the memorandum of law for which shall not exceed twenty-five (25) pages;
- By **July 17, 2020**, the SEC shall file its opposition to Defendant's motion, not to exceed twenty-five (25) pages;
- By **July 27, 2020**, Defendant shall file any reply, not to exceed ten (10) pages.

The parties shall otherwise comply with the Court's Individual Rules in filing their motion papers.

Dated: May 29, 2020
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**