```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES SECURITIES AND                                :
EXCHANGE COMMISSION,                                        :     19 Civ. 4355 (LGS)
                                        Plaintiff,          :
                                                            :     AMENDED ORDER
              -against-                                     :
                                                            :
COLLECTOR'S COFFEE INC., et al.,                            :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 20, 2020, Defendant Collector's Coffee, Inc. filed a pre-motion letter seeking to move to dismiss and to strike portions of the Amended Complaint (Dkt. No 345). On May 27, 2020, the SEC filed a letter response (Dkt. No. 349). On May 29, 2020, a briefing schedule was set (Dkt. No. 352);

WHEREAS, on June 2, 2020, Defendant Kontilai was granted leave to join Defendant Collector's Coffee, Inc.'s motion to strike portions of the complaint and was directed to file any pre-motion letter seeking leave to file a motion for judgment on the pleadings by June 5, 2020 (Dkt. No. 359);

WHEREAS, on June 5, 2020, Defendant Kontilai filed a pre-motion letter seeking leave to file a motion for judgment on the pleadings as to Count V (Dkt. No. 363). It is hereby

**ORDERED** that Defendant Collector's Coffee, Inc. and Defendant Kontilai shall file a consolidated motion to dismiss, motion for judgment on the pleadings and to strike according to the following schedule:

- By **June 26, 2020**, Defendant Collector's Coffee, Inc. and Defendant Kontilai shall file the motions, the consolidated memorandum of law for which shall not exceed thirty (30) pages;

- By **July 24, 2020**, the SEC shall file its opposition to Defendants' motions, not to exceed thirty (30) pages;

- By **August 3, 2020**, Defendants shall file any reply, not to exceed fifteen (15) pages.

The parties shall otherwise comply with the Court's Individual Rules in filing their motion papers.

The Court's Order at Dkt. No. 352 is accordingly vacated. The SEC need not file a letter response to Defendant Kontilai's pre-motion letter at Dkt. No. 363.

Dated: June 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**