```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                       :
UNITED STATES SECURITIES AND                           :
EXCHANGE COMMISSION,                                   :         ORDER
                                                       :
                Plaintiff,                             :         19 Civ. 4355 (LGS) (GWG)
                                                       :
        -v.-                                           :
                                                       :
COLLECTOR'S COFFEE INC., et al.,                       :
                                                       :
                Defendants.                            :
---------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

With respect to Docket # 429, the pre-motion conference requirement is waived. Any motion shall comply with paragraphs 2.B through 2.F of the Court's Individual Practices.

As to the sealing issue, Debevoise & Plimpton is directed to make the application to seal required by paragraph 2.E of the Court's Individual Practices on or before July 15, 2020 (assuming it is able to meet the rigorous standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006)). In the meantime, the parties should comply with the instructions in paragraph 2.E. As explained on the Court's webpage, https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein, the parties should call Chambers to determine how to transmit to the Court the unredacted version of any redacted materials that are filed by that party (including Docket # 429).

Counsel for Collector's Coffee Inc. is directed to provide a copy of this Order to Debevoise & Plimpton forthwith.

So Ordered.

Dated: July 7, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge