UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                         :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                         :

          Plaintiff,                     :        <u>ORDER</u>

        -v.-                             :
                                            19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,       :

        Defendants.              :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Oral argument on the pending motion for reconsideration (as described in Docket # 358) will take place on July 22, 2020, at 4:00 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: July 10, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge