UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                 :          <u>ORDER</u>

        Plaintiff,                         :          19 Civ. 4355 (LGS) (GWG)

    -v.-                                  :

COLLECTOR'S COFFEE INC., et al.,      :

        Defendants.                    :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       For the reasons stated on the record during the July 22, 2020 oral argument, the SEC's motion for reconsideration (Docket # 304) is further granted to the following extent. Defendant Mykalai Kontilai, shall on or before August 7, 2020, produce to the SEC documents in his custody or control:

       (1) pertaining to 566 Tam O Shanter, Las Vegas, Nevada, and 4035/4045 Pinecrest Street, Las Vegas, Nevada, as well as records from entities through which Kontilai may hold an interest in these properties, including but limited to the Bed Red Irrevocable Trust and the Paloma Emily, LLC; and

       (2) evidencing title to real property in which Defendant Collector's Coffee Inc. or Relief Defendant Veronica Kontilai has any direct or indirect beneficial interest.


So Ordered.

Dated: July 24, 2020
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge