UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | **MEMORANDUM ENDORSEMENT** |
| Plaintiff, | Case No. 1:19-cv-04355-LGS-GWG |
| -against- | **RELIEF DEFENDANT VERONICA KONTILAI'S** |
| COLLECTORS COFFEE, INC (d/b/a COLLECTOR'S CAFÉ) and MYKALAI KONTILAI, | **APPLICATION TO FILE EXHIBIT UNDER SEAL** |
| Defendants, and | |
| VERONICA KONTILAI, | |
| Relief Defendant. | |

TO:   The Honorable Magistrate Judge Gabriel W. Gorenstein:

Relief Defendant Veronica Kontilai hereby moves this Honorable Court, pursuant to the Court's Individual Rules of Practice 2.E, for an Order permitting Relief Defendant Veronica Kontilai to file "Exhibit A" to Relief Defendant's Motion For Reconsideration of Motion For Protective Order, under seal.

Relief Defendant respectfully requests that "Exhibit A" be filed under seal because it concerns private and sensitive medical information, protected under HIPAA, related to Relief Defendant's medical/psychiatric condition.

Dated this 28th day of July, 2020.

**Application to file under seal granted. Counsel shall file forthwith the unredacted version of this document under seal so that it is visible to the other attorneys on this case and to the Court.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**July 29, 2020**

Respectfully submitted,

T. LOUIS PALAZZO, ESQ.
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 S. 4TH St., 2nd Floor
Las Vegas, Nevada 89101
Phone: (702) 385-3850

Email: louis@palazzolawfirm.com

*/s/ T. Louis Palazzo*
T. LOUIS PALAZZO, ESQ. (*pro hac vice*)
Counsel for Relief Defendant, Veronica Kontilai

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2020, I served a true and correct copy of the foregoing Relief Defendant Veronica Kontilai's Application to File Exhibit Under Seal upon counsel of record and pro se parties via e-mail and/or U.S. Mail at the following addresses:

Terry Miller
Mark Williams
Gregory Kasper
U.S. Securities & Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
millerte@sec.gov
williamsml@sec.gov
kasperg@sec.gov

Curtis Alva
Alva & Gleizer
901 N Olive Ave.
West Palm Beach, FL 33401
curtis@alvagleizer.com

Guillermo Ariel Gleizer
Guillermo Gleizer
347 5th Ave, Ste 1402
New York, NY 10016
Ari.gui@gmail.com

Steven Sessa
Steven C. Sessa P.A.
West Palm Beach, FL 33401
sessalaw@aol.com
*Counsel for Mykalai Kontilai*

Stanley C. Morris
Brian T. Corrigan
Corrigan & Morris LLP
201 Santa Monica Blvd., Ste. 475
Los Angeles, CA 90012
scm@cormorllp.com
bcorrigan@cormorllp.com
alopresti@lopresti.one
*Counsel for Collector's Coffee, Inc. (d/b/a Collectors Café)*

Richard A. Schonfeld
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, Nevada 89101
rschonfeld@cslawoffice.net
*Counsel for Intervenor-Plaintiffs*

Seth Eliot Spitzer
Cristina Isabel Calvar
Winston & Strawn LLP (NY)
200 Park Ave
New York, NY 10166
sspitzer@winston.com
ccalvar@winston.com

Dan K. Webb
Michael P. Roche
Winston & Strawn LLP (IL)
35 West Wacker Dr.
Chicago, IL 60601
dwebb@winston.com
mroche@winston.com
*Counsel for the Jackie Robinson Foundation*

Amelia R. Garza-Mattia
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
AGarzaMattia@winston.com
*Counsel for The Jackie Robinson Foundation*

/s/ Miriam V. Roberts