```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
UNITED STATES SECURITIES AND                                    :
EXCHANGE COMMISSION,                                            :       ORDER
                                                                :
                Plaintiff,                                      :       19 Civ. 4355 (LGS) (GWG)
                                                                :
        -v.-                                                    :
                                                                :
COLLECTOR'S COFFEE INC., et al.,                                :
                                                                :
                Defendants.                                     :
---------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      With regard to the motions to withdraw filed by the attorneys for Mykalai Kontilai, Kontilai is directed to file an affidavit on or before August 14, 2020, indicating all efforts he has made to obtain new counsel, including any interactions with his insurance company to obtain approval of such counsel. Included in this affidavit shall be any information he may have as to if or when new counsel would file a notice of appearance.

So Ordered.

Dated: August 10, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1