UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                         :
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                     :          ORDER

      Plaintiff,                                  :          19 Civ. 4355 (LGS) (GWG)

   -v.-                                                  :

COLLECTOR'S COFFEE INC., et al.,         :

      Defendants.                              :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The former attorneys for Mykalai Kontilai, Steven Sessa and Curtis Alva, are directed to confer by telephone with George A. Lambert regarding the letter dated September 13, 2020 (Docket # 558). If agreement cannot be reached, the Court's pre-motion conference requirement is waived and Kontilai has leave to submit a proposed Order to Show Cause to the Court (accompanied by a memorandum of law and affidavit). Counsel for Kontilai is directed to serve a copy of this Order on the former attorneys.

      So Ordered.

Dated: September 21, 2020
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge