UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                  :           ORDER

       Plaintiff,                   :           19 Civ. 4355 (LGS) (GWG)

    -v.-                                  :

COLLECTOR'S COFFEE INC., et al.,      :

       Defendants.                  :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Docket # 579 does not include a proper proposed order to show cause, see Local Civil Rule 7.1(a)(1), and also does not include a proper memorandum of law, see Local Civil Rule 7.1(a)(2). Moreover, it fails to comply with paragraph 2.D of the Court's Individual Practices. The deficiencies are not confined to procedural failings. The Court finds the submission unclear in numerous respects, both factual and legal. Finally, the Court is not convinced that sufficient efforts have been made to arrange a telephone conversation with the former attorneys that might clarify, if not resolve, the dispute. The attorneys shall confer as soon as practicable. The application is denied. Counsel for Mykalai Kontilai shall serve this Order on the former attorneys.

      So Ordered.

Dated: September 30, 2020
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge