UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                             :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                      :

        Plaintiff,                    :
                                                                             ORDER
                                                                             19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,       :

        Defendants.              :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Mykalai Kontilai is given leave to respond to the SEC's letter (Docket # 633) on the issue of the application of the fugitive disentitlement doctrine to his requests in Docket # 627. The response shall be filed as soon as practicable and in any event no later than November 23, 2020.

       SO ORDERED.

Dated:  November 18, 2020
           New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge