UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                   :

        Plaintiff,                             :
                                                            <u>ORDER</u>
        -v.-                              :                  19 Civ. 4355 (LGS) (GWG)

COLLECTOR'S COFFEE INC., et al.,      :

        Defendants.                      :
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The hearing scheduled for December 7, 2020, and December 8, 2020 will take place by remote means. Any member of the public may listen to the proceedings by dialing as follows:

Monday, December 7, 2020:
Dial: (929) 251-9612 or (415) 527-5035
Meeting number (access code): 199 177 1907

Tuesday, December 8, 2020:
Dial (929) 251-9612 or (415) 527-5035
Meeting number (access code): 199 976 7929

The recording or dissemination of this proceeding by any electronic means (such as audio or video) is strictly prohibited.

SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                                                _____
                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge