UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                 :

        Plaintiff,                 :

                                                    <u>AMENDED ORDER</u>
                                                      19 Civ. 4355 (LGS) (GWG)

COLLECTOR'S COFFEE INC., et al.,      :

        Defendants.            :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The hearing scheduled for December 7, 2020, and December 8, 2020, at 9:00 a.m. will take place by remote means.  Any member of the public may listen to the proceedings by dialing as follows:

Monday, December 7, 2020:
Dial: (929) 251-9612 or (415) 527-5035
Meeting number (access code): 199 177 1907
Passcode: 598 962 56

Tuesday, December 8, 2020:
Dial (929) 251-9612 or (415) 527-5035
Meeting number (access code): 199 976 7929
Passcode: 367 553 94

       The recording or dissemination of this proceeding by any electronic means (such as audio or video) is strictly prohibited.

       SO ORDERED.

Dated:  December 7, 2020
          New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge