UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND                :
EXCHANGE COMMISSION,

                                                                    :        ORDER
             Plaintiff,                                      19 Civ. 4355 (VM) (GWG)
                                                               :

   -v.-

                                                                :

COLLECTOR'S COFFEE INC., et al.,
                                                                :

             Defendants.                    :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court will render an oral decision on the pending motion for a protective order (Docket # 614) on Wednesday, January 13, 2021, at 4:00 p.m. in a proceeding to be held by telephone.  The Court will be making its ruling based on the briefs submitted.  Thus, counsel should not prepare an oral argument.  However, the Court may have questions for counsel as to specific matters raised in the briefs.

      Any party to the motion shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      A transcript may be ordered by using the form on the Court's website.  See https://www.nysd.uscourts.gov/forms/electronic-court-recording-transcript-request-form-ecr

      SO ORDERED.

Dated: December 10, 2020
      New York, New York

                                                                                _____
                                                                                GABRIEL W. GORENSTEIN
                                                                                United States Magistrate Judge