UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND            :
EXCHANGE COMMISSION,

                                                    :      NOTICE TO THE PARTIES
         Plaintiff,                                   19 Civ. 4355 (VM) (GWG)

                                                    :

   -v.-

                                                    :

COLLECTOR'S COFFEE INC., et al.,

                                                    :

            Defendants.             :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This Notice is issued solely to inform the parties that on December 11, 2020, at approximately 9:21 a.m., an individual identifying himself as John Dougan telephoned Chambers. The call was answered by a law clerk. Mr. Dougan stated to the law clerk that he was calling from overseas and needed to file an amicus brief in this case, but did not have access to ECF. He asked if the Court accepted filings by email. The law clerk informed Mr. Dougan that the Court did not accept any filings by email and ended the phone call.

Dated: December 11, 2020
       New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge