UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND            :
EXCHANGE COMMISSION,

                                        :     ORDER
            Plaintiff,                        19 Civ. 4355 (VM) (GWG)
                                        :
    -v.-
                                        :
COLLECTOR'S COFFEE INC., et al.,
                                        :
            Defendants.                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The Los Angeles Dodgers may file a reply to docket # 736 on or before January 11, 2021.

Dated: January 5, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge