UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND               :
EXCHANGE COMMISSION,

                                                   :       ORDER
                 Plaintiff,                          19 Civ. 4355 (VM) (GWG)

                                                 :

   -v.-

                                                 :

COLLECTOR'S COFFEE INC., et al.,

                                                 :

               Defendants.                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Mykalai Kontilai and Collectors Coffee, Inc. ("CCI") shall file a response to Docket # 749 on or before January 25, 2021.

Dated:  January 21, 2021
           New York, New York

                                                                             
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge