```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES SECURITIES AND         :
EXCHANGE COMISSON,                   :
                                     :
                Plaintiff,           :
                                     :    19 Civ. 4355 (VM)
     - against -                     :
                                     :
COLLECTOR'S COFFEE INC., et al.,     :    DECISION AND ORDER
                                     :
                Defendants.          :
------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:\_\_\_\_ DATE FILED: 2/16/2021**

**VICTOR MARRERO, U.S.D.J.:**

On February 15, 2021, Defendants filed a letter motion requesting a conference to request "a ruling *nunc pro tunc*, namely the Court's ruling [on] the starting event for purposes of Rule 72 . . . ." (See Dkt. No. 800.) The Court denies this request. Both parties have been afforded the opportunity to address the timeliness of the objection in question, (see Dkt. Nos. 778, 799, 800), and the Court will issue its decision on the basis of the parties' written submissions.

**SO ORDERED:**

Dated:    New York, New York
          16 February 2021

_____
Victor Marrero
U.S.D.J.