UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                       :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                          :

              Plaintiff,                                  :        <u>ORDER</u>

                -v.-                                              :
                                                                        19 Civ. 4355 (LGS) (GWG)

COLLECTOR'S COFFEE INC., et al.,          :

              Defendants.                     :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The words "The plaintiffs are" in the last paragraph of the Order to Show Cause dated February 17, 2021 (Docket # 803), are amended to read "Kontilai is."

      SO ORDERED.

Dated: February 18, 2021
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge