**CORRIGAN & MORRIS** LLP

ATTORNEYS AT LAW

12300 WILSHIRE BLVD., SUITE 210
LOS ANGELES, CALIFORNIA  90025

Telephone (310) 394-2800
TeleFacsimile (310) 394-2825

**Stanley C. Morris**  **Writer's Direct Dial**
scm@cormorllp.com  (**310**) **394-2828**

March 1, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein
Chief United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re: <u>SEC v Collector's Coffee, Inc., et al; 1:19-cv-04355-LGS</u>
Uncontested Request for one-week Extension of Expert Report and Letter

Dear Judge Gorenstein:

This letter seeks a one-week extension of the deadline in Docket 124 paragraph III.e for the disclosure of expert evidence from March 5, 2021 (per Docket Entry 754) to March 12, 2021; and a one-week extension of the deadline in paragraph III.f from March 12, 2021 (per Docket Entry 754) to March 19, 2021. This request is made on behalf of Collector's Coffee, Inc., whose experts have requested the additional time to complete their work.

Counsel for Collector's Coffee, Inc. exchanged emails with counsel for all parties from February 26, 2021 through March 1, 2021, including the circulation of a draft of this letter. All counsel have consented to the request, provided the extension would apply to all parties and to both the main case filed by the Securities and Exchange Commission and the Intervenor Action. That is the intention of this request.

We appreciate the Court's time and attention to this uncontested request.

Respectfully Submitted,

*/s/ Stanley C. Morris*