UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                             :

      Plaintiff,                          :    <u>ORDER</u>

   -v.-                                             :    19 Civ. 4355 (VM) (GWG)

COLLECTOR'S COFFEE INC., et al.,                 :

      Defendants.                         :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    Defendant Mykalai Kontilai has submitted a letter concerning an anticipated motion seeking to compel answers from non-party witness John Culotta (Docket # 837). The pre-motion conference requirement for this motion is waived. Defendant's motion shall be filed by April 6, 2021. Opposition papers shall be filed by April 13, 2021; any reply shall be filed by April 15, 2021.

    This Order shall not be construed as opining on the question of whether defendant's application, filed more than a month after the conclusion of the deposition and which was not promptly served on the deponent (<u>see</u> Docket # 856 at 1), was timely.

    SO ORDERED.

Dated: March 30, 2021
       New York, NY

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1