UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES SECURITIES AND         :
EXCHANGE COMMISSION,
                                     :

           Plaintiff,           :    ORDER

      -v.-                           :
                                                                     19 Civ. 4355 (LGS) (GWG)
COLLECTOR'S COFFEE INC., et al.,     :

           Defendants.         :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the request by Mykalai Kontilai for sanctions against David Clyde Chapman, as raised in the letter dated April 12, 2021 (Docket # 876), shall take place on <u>Friday, April 16, 2021, at 4:00 p.m.</u>  Only counsel for Mykalai Kontilai and Mr. David Clyde Chapman are required to appear for this call.

      At the above date and time, Mykalai Kontilai's counsel and David Clyde Chapman (and any counsel for Mr. Chapman who has filed a notice of appearance) shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      Counsel for Mykalai Kontilai is directed to immediately serve a copy of this Order on David Clyde Chapman by email and overnight mail.

      SO ORDERED.

Dated: April 13, 2021
       New York, New York

                                                                      GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge