```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES SECURITIES AND        :
EXCHANGE COMISSON,                  :
                                    :
                Plaintiff,          :
                                    :     19 Civ. 4355 (VM)
     - against -                    :
                                    :
COLLECTOR'S COFFEE INC., et al.,    :     ORDER
                                    :
                Defendants.         :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

**VICTOR MARRERO, United States District Judge.**

Defendants Collector's Coffee Inc., Mykalai Kontilai, and Veronica Kontilai have each filed letters seeking a pre-motion conference and permission to file further briefing in support of their anticipated motions for summary judgment. (See Dkt. Nos. 886, 887, 888.) The SEC is hereby directed to respond to the matters set forth in these three letters by April 26, 2021 via a single letter not to exceed six pages in length.

**SO ORDERED.**

Dated: New York, New York
       19 April 2021

_____
Victor Marrero
U.S.D.J.