```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES SECURITIES AND         :
EXCHANGE COMMISSION,                 :
                                     :
              Plaintiff,             :
                                     :   19 Civ. 4355 (VM)
    - against -                      :
                                     :
COLLECTOR'S COFFEE INC., et al.,     :   ORDER
                                     :
              Defendants.            :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/17/2021

**VICTOR MARRERO, United States District Judge.**

On June 16, 2021, defendants Mykalai Kontilai ("Kontilai") and Collector's Coffee Inc. ("CCI," and together with Kontilai "Defendants") filed a letter requesting permission to file a reply brief in support of their consolidated Rule 72 objections to Judge Gorenstein's Report and Recommendation denying Defendants' motion to dismiss. (See Dkt. No. 931.) After considering the matters raised in Defendants' letter, the Court is not persuaded that additional briefing is necessary to resolve the issues raised. Accordingly, the Court hereby denies the request for further briefing, but will consider the issues presented in the June 16 letter.

**SO ORDERED.**

Dated: New York, New York
       17 June 2021

_____
Victor Marrero
U.S.D.J.