# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> COLLECTOR'S COFFEE INC. (d/b/a COLLECTORS CAFÉ); MYKALAI KONTILAI et al. <br><br> Defendants | 19-cv-04355-LGS-GWG <br><br><br> **MOTION (CONSENTED TO) OF COUNSEL TO WITHDRAW FROM REPRESENTATION OF PARTY** |

Pursuant to S.D.N.Y. Local Civil Rule 1.14, the undersigned, George Lambert, Esq., of The Lambert Law Firm, with the main office at 1025 Connecticut Ave., 1000 NW Washington, D.C. 20036, respectfully moves this honorable Court to withdraw from representation and for an entry of an Order allowing to withdraw from representing Defendant Mykalai Kontilai (Kontilai) in this action. The undersigned's withdrawal from representation as counsel has been consented to by Mr. Kontilai.

There is no prejudice to Mr. Kontilai or any other party. Discovery in this action has been substantially completed. The F.R.Civ.P. Rule 56 motion letters, upon completion of factual discovery, were timely docketed. The pre-trial motion practice has been likewise next to complete. The trial has not been scheduled. In light of the general situation with jury trials in the federal courts, a trial scheduling, and the timetable may take time due to the continuing COVID-19 pandemic circumstances. Mr. Kontilai is also currently represented in this action by

1

three other attorneys, who are in a position to take care of representing Mr. Kontilai at the future trial.

The Motion is being filed in conformity with Model Rules of Professional Conduct, Rule 1.16 ('Declining or Terminating Representation'), where: "(1) withdrawal can be accomplished without material adverse effect on the interests of the client" and where (4) "a fundamental disagreement" with a client has developed, the latter being covered by the attorney-client privilege.  Furthermore, there have occurred Covid-19 illnesses in the undersigned's family, requiring the undersigned's special attention and dedication, within the meaning of Rule 1.16 (7) ('other good cause').  Pursuant to Local Civil Rule 1.14, the undersigned reserves assertion of a retaining and/or charging lien.  The movant's Affidavit is enclosed.

The Motion should be granted.

Respectfully submitted.

Dated:  July 22, 2021

/*George Lambert*    *signed*

George Lambet, Esq., pro hac vice
DC bar #979327
The Lambert Law Firm
1025 Connecticut Ave., 1000 NW,
Washington, D.C., 20036;
tel. (202) 640 1897;
LawDc10@gmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>vs.<br><br>COLLECTOR'S COFFEE INC. (d/b/a COLLECTORS CAFÉ) et al., MYKALAI KONTILAI et al.<br><br>　　Defendants | 19-cv-04355-LGS-GWG<br><br>**AFFIDAVIT OF GEORGE LAMBERT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FROM REPRESENTATION OF PARTY** |

　　The undersigned, attorney George Lambert, admitted in this action pro hac vice, admitted in the District of Columbia, Massachusetts. and Florida, states and declares as follows.

　　Pursuant to Local Civil Rule 1.14, the undersigned submits the present companion Affidavit to the honorable Court in support of his Motion for an entry of an Order allowing to withdraw from representing Defendant Mykalai Kontilai (Mr. Kontilai) in this action.

　　The undersigned's withdrawal from representation as counsel has been consented to by Mr. Kontilai.

　　The undersigned asserts there is no prejudice to Mr. Kontilai or any other party. Discovery in this action has been substantially completed. The F.R.Civ.P. Rule 56 motion-letters, following discovery, have been docketed. The trial in this action has not been scheduled, whereas its scheduling and the timetable may take time due to the continuing COVID-19 pandemic. Mr. Kontilai is represented in this action by the other attorneys, who are in a position to represent Mr. Kontilai at the trial.

3

The Motion to withdraw is filed in conformity with Model Rules of Professional Conduct, Rule 1.16 ('Declining or Terminating Representation'), where "(1) withdrawal can be accomplished without material adverse effect on the interests of the client" and where (4) "a fundamental disagreement" with the client has developed, the latter being covered by the attorney-client privilege. Furthermore, there have occurred Covid-19 illnesses in the undersigned's family, requiring the undersigned's special attention and dedication, within the meaning of Rule 1.16 (7) ('other good cause').

The underlying Motion should be granted.

I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 22, 2021

/*George Lambert*     *signed*

George Lambet, Esq., pro hac vice
DC bar #979327
The Lambert Law Firm
1025 Connecticut Ave., 1000 NW,
Washington, D.C., 20036;
tel. (202) 640 1897;
LawDc10@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 22, 2021, he served an electronic copy of the foregoing Motion and Affidavit by ECF and/or email on the person (s) named below.

Mykalai Kontilai;
Defendant;

Gary Alan Kasper
Terry R. Miller
Mark L. Williams
Stephen McKenna
Securities and Exchange Commission
1961 Stout Street, 17th Floor
Denver, Colorado 80294
millerte@sec.gov
williamsml@sec.gov
kasperg@sec.gov
mckennas@sec.gov
Counsel for the United States
Securities and Exchange Commission

Stanley Charles Morris
Brian Corrigan
Corrigan & Morris LLP
201 Santa Monica Blvd., Suite 475
Los Angeles, CA 90012
scm@cormorllp.com
bcorrigan@cormorllp.com
Counsel for Collector's Coffee

Michael P. Roche
Dan K. Webb
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Counsel for the Jackie
Robinson Foundation, Inc.
mroche@winston.com
dwebb@winston.com

Amelia Garza-Mattia
Cristina Isabel Calvar,
Seth Eliot Spitzer
Winston & Strawn LLP (NY)

5

200 Park Avenue
New York, NY 10166
Counsel for the Jackie Robinson Foundation, Inc.
ccalvar@winston.com
sspitzer@winston.com
Agarzamattia@winston.com

Anthony A. LoPresti LoPresti, PLLC
55 Broadway, 3rd Fl.
New York, NY 10006
alopresti@lopresti.one

Richard Schonfeld
Chesnoff & Schonfeld
Chesnoff & Schonfeld
520 S. Fourth Street
Las Vegas, Nevada 89101
Counsel for Intervenor Plaintiffs
rschonfeld@cslawoffice.net

Tarter Krinsky & Drogin LLP
Robert Heim
1350 Broadway
New York, NY 10018
rheim@tarterkrinsky.com
Counsel for Mykalai Kontilai

Peter A. Joseph
177 Waverly Place, SF
New York, NY 10014
peter.joseph72@post.harvard.edu
Attorney for Mykalai Kontilai and Veronica Kontilai

Cary Hansel
Hansel Law, PC
2514 N Charles St,
Baltimore, MD 21218
Attorney for Mykalai Kontilai

      Dated: July 22, 2021,    /s/ George Lambert, Esq.