# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br>　　– against –<br><br>COLLECTOR'S COFFEE, INC. and MYKALAI KONTILAI,<br>　　　　　　　　　　　Defendants, and<br>VERONICA KONTILAI,<br>　　　　　　　　　　　Relief Defendant. | Civil Action No.<br>19-CV-04355 (VM)(GWG)<br><br>**<u>NOTICE OF APPEAL</u>** |
| SDJ INVESTMENTS, LLC; ABODE INVESTMENTS, LLC; DARREN SIVERTSEN, TRUSTEE OF THE SIVERTSEN FAMILY TRUST U/A/D 10/01/2002,<br>　　　　　　　　　　　Intervenor-Plaintiffs,<br>　　– against –<br><br>COLLECTOR'S COFFEE, INC. (d/b/a COLLECTOR'S CAFÉ), MYKALAI KONTILAI, JACKIE ROBINSON FOUNDATION, INC., DOE INDIVIDUALS 1 THROUGH 50, AND ROE CORPORATIONS 1 THROUGH 50,<br>　　　　　　　　　　　Intervenor-Defendants. | |

　　　　Notice is hereby given that Intervenor-Defendant, Collector's Coffee, Inc. ("<u>CCI</u>"), in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of U.S. District Judge Victor Marrero, entered on July 30, 2021 (Docket No. 943), adopting the Report and Recommendation of Magistrate Judge Gabriel Gorenstein

("R&R") (Docket No. 890), and denying CCI's objections to the R&R. This appeal is taken from each and every part of the July 30, 2021, Decision and Order.

Dated: August 24, 2021

        Respectfully submitted,

        CORRIGAN & MORRIS, LLP

        By: /s/ *Stanley C. Morris*
            Stanley C. Morris

            Brian T. Corrigan
            bcorrigan@cormorllp.com
            12300 Wilshire Blvd., Suite 210
            Los Angeles, CA 90025
            Telephone (310) 394-2828
            Facsimile (310) 394-2825
            Email: scm@cormorllp.com

            *Attorneys for Defendant*
            *Collector's Coffee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties, registered for CM/ECF in the above-captioned action.

Dated: August 24, 2021

/s/ *Stanley C. Morris*
Stanley C. Morris