```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES SECURITIES AND        :
EXCHANGE COMMISSION,                :
                                    :
          Plaintiff,                :
                                    :     19 Civ. 4355 (VM)
     - against -                    :
                                    :
COLLECTOR'S COFFEE INC., et al.,    :     ORDER
                                    :
          Defendants.               :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On April 10, 2022 defendant Collector's Coffee Inc. filed a letter requesting permission to file a Rule 72 objection to Judge Gorenstein's March 31, 2022 Report and Recommendation. (See Dkt. No. 1004.) After considering the matters raised in Defendant's letter, the Court is not persuaded that additional briefing is necessary to resolve the issues raised. Accordingly, the Court hereby denies the request for further briefing, and directs Plaintiff to respond to the objection by letter-brief not to exceed two pages.

**SO ORDERED.**

Dated: New York, New York
      11 April 2022

_____
Victor Marrero
U.S.D.J.

1