```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
UNITED STATES SECURITIES AND                                :
EXCHANGE COMMISSION,                                        :
                                                            :
                Plaintiff,                                  :   ORDER
                                                            :
        -v.-                                                :   19 Civ. 4355 (VM) (GWG)
                                                            :
COLLECTOR'S COFFEE INC., et al.,                            :
                                                            :
                Defendants.                                 :
-----------------------------------------------------------x
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Having considered the applications made in Docket ## 997, 998, 1001 and 1008, the Court issues the following Order with respect to the Order dated May 14, 2019 (Docket # 12), either by way of clarification or modification:

With respect to the wrongful death action lawsuit pending in McLean County, Illinois, captioned Maria Contile v. Air & Liquid Systems Corp., et al., Case No. 2018-L-105, Mclean County, Illinois ("Wrongful Death Action"), this Court's prior orders shall not prevent distribution of any sums due Illinois counsel in the Wrongful Death Action or any sums due any party --- other than Mykalai Kontilai. Similarly, no order issued by this Court shall prevent attorneys working on behalf of the estate of Sylvia Contile and the co-administrators of the estate from executing the documents necessary to complete the distribution of settlement funds to David Spaulding, the estate's attorneys, or any other party who is entitled to compensation from settlement proceeds, other than Mr. Kontilai.

This Order does not authorize any distribution of any funds to, or belonging to, Mr. Kontilai. Except as described herein, the Order dated May 14, 2019 (Docket # 12) continues to remain in effect pending further order of the Court as to assets of, inter alia, Mykalai Kontilai.

SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge