UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                          :

        Plaintiff,                        :      <u>ORDER</u>

     -v.-                              :      19 Civ. 4355 (VM) (GWG)

COLLECTOR'S COFFEE INC., et al.,     :

        Defendants.                :
-----------------------------------------------------------x
-----------------------------------------------------------x
SDJ INVESTMENTS, LLC, ET AL.,
                                            :

        Intervenor-Plaintiffs,
                                            :

     -v.-
                                            :
COLLECTOR'S COFFEE INC., et al.,
                                            :

        Intervenor-Defendants.
-----------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       On September 22, 2021, this Court granted JRF's application to stay the expert deposition and summary judgment deadlines pending resolution of CCI's motion to dismiss. (Docket # 954). The Court directed the parties to "propose a new schedule within 7 days of the decision on the motion to dismiss." <u>Id.</u> CCI's motion to dismiss (Docket # 955) has since been resolved. (Docket # 1021). Accordingly, the parties shall submit a proposed schedule for expert depositions and summary judgment on or before May 25, 2022.

       SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge