UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES SECURITIES EXCHANGE
COMMISSION                                                    :

                                                              :     ORDER
                        Plaintiff,
                                                              :     19 Civ. 4355 (VM) (GWG)
        -v.-
                                                              :

COLLECTOR'S COFFEE INC., et al                                :

                                                              :
                        Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss the request to hold the hearing on the preliminary injunction shall take place on May 26, 2022, at 11:00 a.m.

      At the above date and time, the parties relevant to the preliminary injunction hearing shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must _not_ use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: May 23, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge