# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>– against –<br><br>COLLECTOR'S COFFEE, INC., *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.19-cv-04355-VM-GWG<br><br>**ORDER** |

On May 14, 2019, the Court entered an order that, among other things, froze certain of the assets of Defendants. Doc. # 12 § I ("TRO").

On February 10, 2022, the Court issued a Report and Recommendation Combined with Opinion and Order related to the TRO and its continuing effects. Docket # 988 ("Report and Order"). The district judge adopted the Report and Recommendation in its entirety and returned the case to this Court to effectuate the ruling. Doc. # 1013 at 11. On May 17, 2022, the Court entered an Order to effectuate the ruling. Doc. # 1020.

The parties have stipulated that (1) the Defendants may initiate lawsuits during the pendency of the TRO not specifically addressed by prior court order; (2) those lawsuits should be governed by the same terms and conditions applied in the May 17, 2022 Order to the lawsuit captioned *Collector's Coffee Inc. et al. v. Debevoise & Plimpton LLP, et al.*, No. 20-cv-02988-RBW (D.D.C.); (3) and that Defendants will provide the SEC with a copy of any complaint they file prior to it being served in the lawsuit. The stipulation is subject to the SEC's express reservation of the right to seek modification of this Order for good cause to address unforeseen circumstances.

Based on the parties' stipulation, the Court issues the following Order:

Defendants Mykalai Kontilai and/or Collector's Coffee, Inc. may initiate lawsuits during the pendency of the TRO not specifically addressed by prior court order, those lawsuits shall be governed by the same terms and conditions applied in the May 17, 2022 Order to the lawsuit captioned *Collector's Coffee Inc. et al. v. Debevoise & Plimpton LLP, et al.*, No. 20-cv-02988-RBW (D.D.C.), and Defendants shall provide the SEC with a copy of any complaint they file prior to it being served in the lawsuit.

Dated  August 25, 2022

_____
UNITED STATES MAGISTRATE JUDGE