UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                              :

                            Plaintiff,    :     ORDER

                                             :     19 Civ. 4355 (VM) (GWG)
   -v.-
                                             :

COLLECTOR'S COFFEE INC. et al.,                  :

                                             :
                         Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference in this matter shall take place on September 21, 2022, at 4:00 p.m. At this date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. When addressing the Court, counsel must not use a speakerphone. Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      In advance of the conference, the parties shall discuss with each other the following topics:

(1) whether there is any disadvantage or objection to the Court taking the direct testimony of any or all witnesses by sworn declaration (followed by live cross-examination and live re-direct/re-cross), and whether a fact witness and an expert witness should be treated differently for this purpose;

(2) a mechanism for requiring the parties to indicate in advance whether a party is objecting to the admission of the proposed exhibits of other parties and, if so, on what basis;

(3) whether there will be any application to have any witness to testify by remote means and whether any such application will be opposed; and

(4) the parties' preferred date or dates for the hearing (which will be held live at 500 Pearl Street, New York, New York), which would take place no earlier than October 19, 2022.

      The parties shall report to the Court by letter on the outcome of their discussion of these topics by means of a joint letter filed two business days before the conference.

      SO ORDERED.

Dated: September 6, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge