UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATE SECURITIES AND
EXCHANGE COMMISSION                         :

       Plaintiff,                         :        ORDER

  -v.-                                                   :
                                                                                 19 Civ. 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC. et al.,         :

       Defendants.                        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has come to the Court's attention that November 8, 2022, is a Court holiday in this district. The Courthouse will therefore be closed. The preliminary injunction hearing could take place on November 7 and 9 (and be confined to those dates based on the time limits previously proposed). If the parties prefer other dates, the Court would be available on November 17 and 18 as well as on almost any other consecutive days starting November 30 through December 15, 2022.

      The parties to the hearing shall consult and provide their views on this proposal by means of a jointly-composed letter filed on ECF on or before October 18, 2022.

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge