UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                                                            :

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                               :

        Plaintiff,                                     : <u>ORDER AS TO PRELIMINARY</u>
                                                             <u>INJUNCTION HEARING PROCEDURES</u>
    -v.-                                   : 19 Civ. 4355 (VM) (GWG)

COLLECTOR'S COFFEE INC., et al.,        :

        Defendants.                               :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      1. The preliminary injunction hearing in this matter begins on November 7, 2022, at 9:30 a.m. The Courtroom (Courtroom 6B at 500 Pearl Street, New York, New York) will be open by 9:00 a.m. If at any time an emergency prevents counsel's prompt attendance, counsel should call the courtroom immediately at (212) 805-4266 or chambers at (212) 805-4260.

      2. If the parties have need for any audio/visual equipment, they must contact the Court's Courtroom Technology Department as explained on the Court's website: https://www.nysd.uscourts.gov/court-tech. Also, attorneys are reminded that they cannot bring in cellular phones or other electronic devices into the Courthouse without presenting to the Court at least three business days in advance (by letter filed on ECF) a proposed Order to the Court that allows the device to be brought in. See https://www.nysd.uscourts.gov/sites/default/files/2018-06/Fillable%20Form%20for%20Electronic%20Devices%20General%20Purpose%20.pdf

      3. Only one counsel may question a particular witness or address the Court with respect to that witness, including making objections to opposing counsel's examination of that witness. Counsel shall stand either at the lectern or at counsel table while questioning a witness. If it is necessary to approach the witness or the bench, counsel shall request permission from the Court to do so. No witness (or other party) shall be referred to by first name unless that witness is a minor.

      4. Depositions offered in lieu of live testimony will not be read aloud.

5. Each side has been allotted 6.5 hours of hearing time. The Court will accept brief opening statements unless neither party desires to make such a statement. The time spent on any statement will be chargeable to the party.

6. Speaking objections are prohibited. Counsel shall say the word "objection" followed by a brief word or phrase to indicate the nature of the objection (for example, "objection, hearsay"; "objection, Rule 403"). The Court will not normally conduct a sidebar during the trial. Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court outside the presence of the witness -- normally in advance of the witness's testimony.

7. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

8. If a witness needs an interpreter, the party calling such witness must arrange for the presence of a certified simultaneous interpreter. Similarly, a party needing an interpreter must arrange for the presence of a such an interpreter.

9. In the event post-trial briefing is planned or ordered by the Court, the parties will be required to give page citations to the transcript for any factual contentions (including, for example, citations to support proposed findings of facts). The Court warns the parties of this requirement so that they may make appropriate arrangements with the Southern District Court Reporters to order the transcript.

SO ORDERED.

Dated: October 19, 2022
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge