UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                                        :

        Plaintiff,                                 :       <u>ORDER</u>

  -v.-                                                   :
                                                          19 Civ 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC. et al.,                            :

        Defendants.                                :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The location of the preliminary hearing is changed from Courtroom 6B to Courtroom 15A. Courtroom 15A is technology-equipped as described on the Court's website: (https://www.nysd.uscourts.gov/court-tech). If a party contacts the Court's Courtroom Technology Department for assistance, the party should inform them of this fact. The Court does not require the parties to conduct the "walk-through" of the technology systems in advance of the trial. The Courtroom can be opened at 8:30 a.m. on November 7, 2022, for this purpose if that would assist a party.

       SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                                             _____
                                                              GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge