```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                              :

                     Plaintiff,                  :   ORDER

       -v.-                                      :
                                                     19 Civ 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC. et al.,                  :

                     Defendants.                 :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    With regard to Docket ## 1100 and 1109, the Court is not prepared to parse now whether there are portions of the Vranca affidavit that represent new opinions (which would not be permitted), portions that are mere elaborations on or explanations of a previously-disclosed opinion, and/or portions that are more in the nature of ministerial or mathematical compilations of data already in the record which if admitted would save the Court the trouble of doing the compilations on its own.

    Defendants are not required to submit a new affidavit. Instead, the Court will at some later point (perhaps at the time Vranca testifies), hear further argument from the parties and then determine which portions of the affidavit are to be admitted. Obviously, there is no problem with the admission of the original report itself if Vranca adopts it as his testimony.

    SO ORDERED.

Dated: November 3, 2022
       New York, New York

*[Signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge