UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                               :

          Plaintiff,                          :       ORDER

   -v.-                                                     :
                                                                  19 Civ. 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC et al.,                :

          Defendants.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On further reflection, the Court believes that four weeks is more than enough time to prepare, confer on, and submit the materials in preparation for the telephonic hearing date. Accordingly, the previously-announced conference date will be changed. The written submission (or submissions) to the Court shall be filed by February 17, 2023. The date for the telephonic hearing to make the remaining evidentiary rulings is changed to February 21, 2023, at 2:30 p.m. At that time, the parties shall dial (888) 557-8511 or (215) 446-3649 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone or wireless microphone technology. Rather, a telephone line and microphone technology with optimal quality should be used

      Each attorney is directed to ensure that all other attorneys on the case are aware of the new hearing date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at **https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein**).

      SO ORDERED.

Dated: January 25, 2023
      New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge