

# HANSEL LAW, PC
TRIAL AND APPELLATE COUNSEL

CARY J. HANSEL
Attorney at Law

2514 North Charles Street  
Baltimore, Maryland 21218  
www.hansellaw.com

Direct Dial: 301-461-1040  
Facsimile: 443-451-8606  
cary@hansellaw.com

February 17, 2023

The Honorable Gabriel W. Gorenstein  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

    Re:    *SEC v. Collector's Coffee Inc., et al.*, **Case No. 1:19-cv-04355-VM-GWG**

Dear Judge Gorenstein:

    Pursuant to Your Honor's direction at the January 24, 2023 preliminary injunction hearing, please find attached the parties' joint submission which reflect the parties' affirmative deposition excerpt designations and cross-designations. The undersigned represents that the exhibits attached hereto are submitted on behalf of all parties and that the SEC joins herein.

    Each transcript is highlighted in four colors: **yellow** highlights indicate the SEC's affirmative designations; **orange** highlights indicate the SEC's cross-designations, **green** highlights indicate Mr. Kontilai's affirmative designations; and **blue** highlights indicate Mr. Kontilai's cross-designations.

    The parties have agreed to the designations and counter-designations on the following exhibits: (1) Exhibit 24, Veronica Kontilai deposition excerpts; (2) Exhibit 42, Mykalai Kontilai 2020 deposition excerpts; (3) Exhibit 43 and Exhibit F, Gail Holt deposition excerpts; (4) Exhibit 45, Edwin McLaughlin deposition excerpts; (5) Exhibit 46, Peter Siegel 2020 deposition excerpts; (6) Exhibit 47, Seth Kaller deposition excerpts; (7) Exhibit 52, Robert Sparks deposition excerpts; (8) Exhibit 55, William Leone deposition excerpts; (9) Exhibit 56, Susie Youn deposition excerpts; (10) Exhibit L, Peter Siegel 2018 deposition excerpts; and (11) the contempt hearing transcript excerpts.

    The designations and cross-designations in the following transcripts are still in dispute, which the parties will ask this Court to review at the upcoming telephonic hearing: (1) Exhibit 41, Mykalai Kontilai 2018 deposition excerpts; and (2) Exhibit C, Stefano Vranca deposition excerpts.

    Thank you for your attention to these matters.

Respectfully submitted,

HANSEL LAW, PC

_____/s/_____
Cary J. Hansel

cc: All counsel of record