UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                             :

        Plaintiff,                            :   ORDER PERMITTING EXAMINATION
                                                                                    OF PROPERTY SUBJECT TO ASSET
   -v.-                                         :   FREEZE
                                                                                      19 Civ. 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC et al.,                  :

        Defendants.                           :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Order of May 14, 2019 (Docket # 12) is modified as follows:

1. The United States Securities and Exchange Commission ("SEC") and any representative of Collector's Coffee Inc. or Mykalai Kontilai ("the defendants") who wishes to join the SEC are hereby permitted to examine property in units rented by Collector's Coffee Inc. or Mykalai Kontilai at the SmartStop Self Storage facility located at 8020 Las Vegas Blvd. S, Las Vegas, Nevada, 89123. The SEC and the defendants may authorize an individual to attend in order to assist in the appraisal or evaluation of the property.

2. The examination will take place on any date or dates agreed upon by the parties. If the parties cannot agree on a date or dates, the examination may take place upon 14 days' notice provided to the defendants by the SEC.

3. No person shall remove property from the storage facility during the examination, and no property will be released from the requirements of the currently-imposed asset freeze (Docket # 12) without further order of the Court.

SO ORDERED.

Dated: March 9, 2023
New York, New York

                                                                                                   GABRIEL W. GORENSTEIN
                                                                                                   United States Magistrate Judge