```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | 19 Civ. 4355 |
| Plaintiff, | **ORDER** |
| - against - | |
| COLLECTOR'S COFFEE INC., et al., | |
| Defendants. | |
| SDJ INVESTMENTS, LLC, et al., | |
| Intervenor-Plaintiffs, | |
| - against - | |
| COLLECTOR'S COFFEE INC., et al., | |
| Intervenor-Defendants. | |

**VICTOR MARRERO, United States District Judge.**

The Court has read and reviewed the parties' submissions regarding the SEC's request for a bifurcated trial. (See Dkt. Nos. 1174, 1182-83, 1187, 1191.) The parties that will participate in such a trial are directed to confer and advise the Court as to i) the anticipated total length of such a trial, and ii) blocks of time beginning in June 2023 when the parties are available for trial.

**SO ORDERED.**

Dated:  New York, New York
        30 March 2023

_____
Victor Marrero
U.S.D.J.