```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                              :

                Plaintiff,                       :    ORDER

        -v.-                                     :
                                                      19 Civ. 4355 (VM) (GWG)
COLLECTOR'S COFFEE INC. et al.,                  :

                Defendants.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    With regard to Docket # 1184, the condition set in the order dated March 27, 2023 (Docket # 1188) that any motion await the filing of a stipulation is hereby vacated. Accordingly, the defendant has leave to file its proposed motion as stated in Docket # 1188.

    SO ORDERED.

Dated: March 31, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge