**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

COLLECTOR'S COFFEE, INC. ET AL.,

                Defendants.

**19-CV-4355 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed the parties' submissions regarding setting a trial date regarding the SEC's claims against defendants Collector's Coffee, Inc. and Mykalai Kontilai. (See Dkt. Nos. 1196-97, 1200, 1202, 1212, 1214-15.) The Court has also reviewed the notification of defendant Kontilai's arrest filed by his counsel. (See Dkt. No. 1209.)

    The Court hereby sets a ten-day trial in this matter to begin on October 3, 2023. The Court also sets a conference in this matter for August 18, 2023, at 10:30 AM to review the status of the parties' trial preparation and revisit the trial date as necessary. The parties are directed to review and comply with the Court's Trial Procedures available at https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    5 May, 2023
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.