UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES SECURITIES AND : 
EXCHANGE COMMISSION,
:
             Plaintiff,                  ORDER
:
  -against-                      19 Civ. 4355 (VM) (GWG)
:
COLLECTOR'S COFFEE, INC., et al.,
:
            Defendants.
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This Order is issued in regard to the application made in Docket # 1256 — to which defendant Mykalai Kontilai and relief defendant Veronica Kontilai have responded (Docket ## 1258, 1260) — to inspect the storage unit belonging to Veronica Kontilai at Manhattan Mini Storage. The request is granted for the same reasons as stated in Docket # 1177.

      As to timing, the Court believes it best for the inspection to take place on August 18, 2023, immediately after the conference before the court. If the SEC cannot be available on that date, it should work with defendants' counsel to have the inspection occur on another date when the Kontilais' attorneys can be present if they wish to attend. If the parties cannot agree, they should each provide the Court with a list of dates over a four-week period starting August 24, 2023, and give the reasons for their unavailability on each date, and the Court will choose a date.

      For any inspection, the SEC and defendants' attorneys may authorize an individual to attend with them in order to assist in the appraisal or evaluation of the property. No person shall remove property from the storage facility during the examination and no property will be released from the requirements of the asset freeze (Docket # 12) without further order of the Court.

      SO ORDERED.

Dated: August 16, 2023
      New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge