UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION,
:
               Plaintiff,
:    ORDER
  -v.-                                   19 Civ. 4355 (VM) (GWG)
:
COLLECTOR'S COFFEE INC., et al.,
:
               Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of Veronica Kontilai's letter of August 29, 2023 (Docket # 1267) along with plaintiff's response (Docket # 1268) and Veronica Kontilai's supplemental letter (Docket # 1269). For the reasons that follow, Veronica Kontilai's application is denied.

      Veronica Kontilai's first request is difficult to follow. The only portion that the Court can understand is the portion in which she appears to seek a court order that documents previously designated as confidential pursuant to a confidentiality order (Docket # 300) no longer bear that designation and thus that they be released from any restrictions on disclosure imposed by the confidentiality order. See Docket # 1267 at 2. The Court is prepared to issue an order permitting documents designated as confidential to be released from that designation so long as the party that originally designated the documents agrees that they may be released (or, if disputed, an application is made compliant with paragraph 2.A of the Court's Individual Practices). Although Veronica Kontilai's letter represents that defendants are "in agreement" with the request, see id. at 1, and plaintiff takes no position on the matter, see Docket # 1268 at 1, Veronica Kontilai's letter does not precisely identify the documents it seeks to release from the confidentiality order (for example, by Bates stamp number or exhibit number). Accordingly, the request is denied.

      As to Veronica Kontilai's second request --- pertaining to documents produced in a "grand jury matter" (Docket # 1267 at 1) --- the Court makes no ruling inasmuch as the Court does not understand what relief is being requested and the "matter" in question does not appear to be one over which this Court has jurisdiction.

      SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge