**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/7/23
```

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        - against -

COLLECTOR'S COFFEE, INC., et al.,

                   Defendants.

**19 Civ. 4355 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The jury trial in the above-captioned case, currently set to begin on Monday, December 4, 2023, is hereby adjourned to Tuesday, December 5, 2023 at 9:00 a.m., to ensure the availability of a sufficient number of jurors.

**SO ORDERED.**

Dated:     7 November 2023
            New York, New York

                                 Victor Marrero
                                 U.S.D.J.