UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

COLLECTOR'S COFFEE, INC., et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023
```

19 Civ. 4355 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Securities and Exchange Commission is directed to respond on or before Thursday, November 9, 2023, by letter not to exceed three pages, to the matter set forth in Defendant Collector's Coffee, Inc.'s letter at Dkt. No. 1371.

**SO ORDERED.**

Dated:    7 November 2023
            New York, New York

                                            Victor Marrero
                                              U.S.D.J.