```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

- against -

COLLECTOR'S COFFEE INC., et al.,

        Defendants.

19-CV-4355 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The parties in this matter are directed to respond to the motion filed by non-party witness William J. Leone entered at Dkt. No. 1431. Oppositions may be filed no later than Nov. 30, 2023. Replies, if any, may be filed no later than Dec. 1, 2023.

**SO ORDERED.**

Dated:    29 November 2023
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.