UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,

          – against –

COLLECTOR'S COFFEE INC., et al.,

                    Defendants.

SDJ INVESTMENTS, LLC, et al.,

                    Intervenor-Plaintiffs,

          – against –

COLLECTOR'S COFFEE INC., et al.,

                    Intervenor-Defendants.

19 Civ. 4355

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/23
```

**VICTOR MARRERO, United States District Judge.**

All parties in this action are directed to confer and file a joint letter no later than Friday, December 22, 2023, proposing dates in January or early February 2024 when they will be available for a status conference before the Court concerning this matter. The parties may indicate their preference as to a telephonic or an in-person conference.

At that conference, the parties shall be prepared to discuss a schedule for remaining trial proceedings in this matter, including (1) proceedings to determine remedies on plaintiff Securities and Exchange Commission's claims, and

(2) proceedings to determine liability and remedies on intervenor-plaintiffs' claims and any counterclaims thereto.

**SO ORDERED.**

Dated:    New York, New York
          15 December, 2023

Victor Marrero
U.S.D.J.