**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>　　　　　　Defendants.<br><br>SDJ INVESTMENTS, LLC, et al.,<br><br>　　　　　　Intervenor-Plaintiffs,<br><br>　　- against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>　　　　　　Intervenor-Defendants. | 19 Civ. 4355<br><br>**ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/22/23 |

**VICTOR MARRERO**, United States District Judge.

　　All parties in this action shall appear before the Court for a status conference on Wednesday, January 24, 2024, at 11 a.m., by telephone. Dial-in information shall be distributed closer to the date of the conference.

　　At the conference, the parties shall be prepared to discuss scheduling for the remaining trial proceedings in this matter, pursuant to the Court's earlier order. (See Dkt. No. 1472.)

**SO ORDERED.**

Dated:　New York, New York
　　　　22 December, 2023

　　　　　　　　　　　　　　　　　　　/s/ Victor Marrero
　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　U.S.D.J.