UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION,
:
         Plaintiff,
:    <u>ORDER</u>
-v.-    19 Civ. 4355 (VM) (GWG)
:
COLLECTOR'S COFFEE INC., et al.,
:
         Defendants.
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     With regard to the application made in Docket # 1491 by nonparty SST IV 8020 Las Vegas Blvd S, LLC d/b/a SmartStop Self Storage, any party wishing to respond to the application shall file its response on or before January 22, 2024. Any reply may be filed by January 29, 2024.

     The parties to this action previously consented to the undersigned adjudicating the request for an asset freeze and any other related relief pursuant to 28 U.S.C.§ 636(c). <u>See</u> Docket ## 59, 143. If SmartStop wishes to consent to the undersigned's jurisdiction over its application, it shall file a letter on the ECF system attaching the annexed consent form  SmartStop is under no obligation to consent and is advised that it is free to withhold consent without any adverse substantive consequences. If SmartStop does not consent, the undersigned will issue a Report and Recommendation rather than an Order.

     SO ORDERED.

Dated: January 12, 2024
       New York, New York

                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge

AO 85A  (Rev. 02/17)  Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:**

*Printed names of parties and attorneys*    *Signatures of parties or attorneys*    *Dates*

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

*District Judge's signature*

*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.