```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED:__1/31/24__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

               Plaintiff,

     - against -

COLLECTOR'S COFFEE INC., et al.,

              Defendants.

19 Civ. 4355

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Plaintiff Securities and Exchange Commission is directed to respond no later than February 5, 2024, to the matters raised by Relief Defendant Veronica Kontilai at Dkt. Nos. 1501 and 1502.

**SO ORDERED.**

Dated:    31 January 2024
           New York, New York

                                                        _____
                                                               Victor Marrero
                                                                 U.S.D.J.