TERRY R. MILLER
millerte@sec.gov
MARK L. WILLIAMS
williamsml@sec.gov
SHARAN E. LIEBERMAN
liebermans@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>COLLECTOR'S COFFEE, INC., et al. | 19-cv-04355-VM-GWG<br><br>ECF CASE |

**NOTICE OF PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR REMDIES**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and exhibits thereto, Plaintiff United States Securities and Exchange Commission will move this Court before the Honorable Victor Marrero, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007 at a time and date to be set by the Court for an order (i) requiring Defendants Collector's Coffee, Inc. and Mykalai Kontilai, and Relief Defendant Veronica Kontilai to disgorge ill-gotten gains, (ii) imposing civil penalties against Defendants for the violations of federal securities laws previously established by the Court and the jury, and (iii) permanently enjoining Defendants from future violations of the law.

1

2

This motion is submitted pursuant to the briefing schedule set forth in the Court's Order dated January 26, 2024, Dkt. 1500 at 2.

Dated: March 1, 2024

/s/ Terry R. Miller
Terry R. Miller (*pro hac*)
Mark L. Williams
Sharan E. Lieberman
SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2024, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

                                                        */s/ Terry R. Miller*