**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | **19-cv-4355 (VM)** |
| Plaintiff, | **ORDER** |
| – against – | |
| COLLECTOR'S COFFEE, INC., et al. | |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/24
```

**VICTOR MARRERO, United States District Judge.**

The Court has received a Notice of Supplemental Evidence from Plaintiff Securities and Exchange Commission ("SEC"), as well as responsive letters dated June 10 and June 11, 2024, from Defendant Collector's Coffee, Inc. and Defendant Mykalai Kontilai (together, "Defendants"). (See Dkt. Nos. 1527, 1528, 1529.)

The Court construes the SEC's Notice of Supplemental Evidence as a request to consider additional evidence on its pending Motion for Remedies (see Dkt. No. 1512), and the Defendants' responsive letters as oppositions thereto. The SEC may thus reply no later than June 17, 2024, by letter not to exceed three pages. Further submissions on this issue will not be permitted or considered absent leave of Court.

**SO ORDERED.**

Dated:   June 11, 2024
         New York, New York

                                    Victor Marrero
                                    U.S.D.J.