UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | 19-cv-4355 (VM) |
| Plaintiff, | ORDER |
| - against - | |
| COLLECTOR'S COFFEE, INC., et al. | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/24

**VICTOR MARRERO**, United States District Judge.

The Court has received a Notice of Supplemental Authority from Defendant Mykalai Kontilai, which was joined by Defendant Collector's Coffee, Inc. (See Dkt. Nos. 1533, 1535.) Plaintiff Securities and Exchange Commission is hereby directed to respond to the matters set forth therein no later than July 12, 2024, by letter not to exceed three pages.

**SO ORDERED.**

Dated:   July 2, 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.