```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>- against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>        Defendants. | 19 Civ. 4355<br><br>**ORDER** |
| SDJ INVESTMENTS, LLC, et al.,<br><br>        Intervenor-Plaintiffs,<br><br>- against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>        Intervenor-Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/24

**VICTOR MARRERO, United States District Judge.**

    The final pre-trial conference for the October 21 trial in this matter shall occur on October 4, 2024, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            September 16, 2024

                                                      Victor Marrero
                                                       U.S.D.J.