

**WINSTON & STRAWN LLP**

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**Harvey Kurzweil**
Partner
212.294.4620
hkurzweil@winston.com

**VIA ECF**

September 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/24

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *S.E.C. v. Collector's Coffee, Inc. et al.*, 19-cv-04355-VM-GWG
Letter Motion Seeking to Move the Final Pretrial Conference

Dear Judge Marrero:

On behalf of the Jackie Robinson Foundation, Inc. ("JRF"), we respectfully submit this request to move the final pretrial conference from October 4 (ECF No. 1567) to October 7, or any other date that would be most convenient to the Court. The current date, October 4, falls on Rosh Hashanah, a Jewish holiday observed by trial counsel for JRF. As such, JRF requests that the Court move the date of the pretrial conference to accommodate the holiday. Pursuant to Section II.A.2 of Your Honor's Individual Practices, JRF also requests that this letter be deemed and filed as a formal motion.

Counsel for the Intervenor Plaintiffs SDJ Investments, LLC, Abode Investments, LLC, and Darren Sivertsen, Trustee of the Sivertsen Family Trust U/A/D 10/01/2002 (the "Holders") does not object to this motion. Counsel for the Holders has also advised that they are not available on October 8, 9, and 10. Additionally, counsel for Collector's Coffee, Inc. ("CCI") indicated that they have no objection to the motion.

We thank the Court for its attention to this matter and stand ready to answer any questions the Court may have.

Respectfully submitted,

*s/ Harvey Kurzweil*
Harvey Kurzweil
Cristina I. Calvar
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: hkurzweil@winston.com



Email: ccalvar@winston.com

Dan K. Webb
Michael P. Roche
Amelia R. Garza-Mattia
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com
Email: mroche@winston.com
Email: agarzamattia@winston.com

*Counsel for Intervenor-Defendant The Jackie Robinson Foundation, Inc.*

---

Request **GRANTED**. The final pretrial conference currently scheduled for October 4, 2024, shall be adjourned to October 11, 2024, at 3:30 p.m.

**SO ORDERED.**
Dated: 9/18/24

Victor Marrero
U.S.D.J.