UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    - against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>              Defendants. | 19 Civ. 4355<br><br>**ORDER** |
| SDJ INVESTMENTS, LLC, et al.,<br><br>              Intervenor-Plaintiffs,<br><br>    - against -<br><br>COLLECTOR'S COFFEE INC., et al.,<br><br>              Intervenor-Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 09/20/24 |

**VICTOR MARRERO**, United States District Judge.

The Court has received the letter from Plaintiff Securities and Exchange Commission ("SEC") providing a joint update concerning settlement of the intervenor claims in this action. (<u>See</u> Dkt. No. 1578.)

The joint trial-related requests are hereby **GRANTED**. The final pretrial conference scheduled for October 11, 2024, as well as all related pretrial deadlines, are hereby vacated. The jury trial scheduled for October 21, 2024, is hereby adjourned *sine die* pending settlement.

The motions entered at Dkt. Nos. 1559, 1562, 1563, 1573, and 1574 are hereby **DENIED** as moot.

The SEC's request to set a scheduling conference forty-five days after entry of final judgment is hereby **DENIED** without prejudice. The SEC is directed to renew its request for a conference after final judgment has been entered.

**SO ORDERED.**

Dated:   20 September 2024
         New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.