```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

             Plaintiff,

   - against -

COLLECTOR'S COFFEE INC., et al.,

             Defendants.

---

SDJ INVESTMENTS, LLC, et al.,

             Intervenor-Plaintiffs,

   - against -

COLLECTOR'S COFFEE INC., et al.,

             Intervenor-Defendants.

19 Civ. 4355

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Intervenor-Defendant Collector's Coffee, Inc. ("CCI") filed a Motion to Seal the settlement agreement documents affecting the Jackie Robinson contracts. (Dkt. Nos. 1589, 1590.) Intervenor-Plaintiffs and Intervenor-Defendant The Jackie Robinson Foundation both oppose CCI's Motion to Seal, (see Dkt. Nos. 1593, 1596), because CCI previously filed the settlement agreement documents, unredacted, on the public docket on June 19, 2020. (See Dkt. Nos. 400, 400-1, 400-2, 400-3, 400-4, 400-5, 400-6.)

    Courts in this district have repeatedly found that sealing was improper where the relevant material was already

made public. See Chigirinskiy v. Panchenkova, 319 F. Supp. 3d 718, 739 (S.D.N.Y. 2018); Gucci Am., Inc. v. Guess?, Inc., No. 09 Civ. 4373, 2010 WL 1416896, at *1 (S.D.N.Y. Apr. 8, 2010). Here, the settlement agreement documents at issue have been on the public docket for over four years. Accordingly, CCI's Motion to Seal is hereby **DENIED**.

**SO ORDERED.**

Dated:   28 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.