USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>  Plaintiff,<br><br>- against -<br><br>COLLECTOR'S COFFEE, INC. (d/b/a COLLECTORS CAFÉ), MYKALAI KONTILAI, et al.<br><br>  Defendants. | 1:19-cv-04355-VM-GWG<br><br>**MOTION OF OF DEFENDANTS COLLECTOR'S COFFEE INC. AND MYKALAI KONTILAI FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE**<br><br>**F.R.E. 201** |

Pursuant to Federal Rule of Evidence 201, Defendant Collector's Coffee Inc. (CCI), joined by Defendant Mykalai Kontilai (Kontilai), by and through their counsel, submit the Motion for Judicial Notice of the Criminal Judgment of the U.S. District Court for the District of Nevada, case No. 20cr109, *U.S. v. Mykalai Kontilai*, made by The Hon. Cristina Silva, U.S. District Judge, made on January 2, 2025.

Taking judicial notice of the courts records in another federal court is proper. See *Eliott v. Lions Gate Entertainment Corporation*, C.D.Cal.2022, 639 F.Supp.3d 1012.

The present Motion is submitted in connection with the Response of CCI and Kontilai to the Order dated December 10, 2024, the Response to follow is being filed on this date.

Dated: January 29, 2025

Respectfully submitted,

_____/signed/
George Lambert, Esq. /pro hac vice/
D.C. bar #979327
1025 Connecticut Ave., #1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897, Fax (800) 952 1950
Email: LawDC10@gmail.com
Attorney for Collector's Coffee Inc. and Mykalai Kontilai

1

## CERTIFICATE OF SERVICE

The foregoing was served on ECF on all counsel of record for the parties as follows:

Gregory A. Kasper
Terry R. Miller, Esq.
Mark Williams, Esq.
U.S. Securities and Exchange Commission
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
kasperg@sec.gov
millerte@sec.gov
williamsml@sec.gov
Attorneys for Plaintiff U.S. Securities Commission


Cristina I. Calvar, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-5331,
M: +1 954-232-9389,
F: +1 212-294-4700
Winston & Strawn LLP
Attorneys for Plaintiffs in Intervention Jackie Robinson Foundation.

Richard A. Schonfeld, Esq.
Robert Z. Demarco, Esq.
Admitted Pro Hae Vice
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
rschonfeld@cslawoffice.net
rdemarco@cslawoffice.net
Attorney for Intervenor-Plaintiffs

All counsel on ECF notice list.

Date: January 29, 2025

>Request **GRANTED**. The Court hereby takes judicial notice of the criminal judgment against Mykalai Kontilai.
>
>**SO ORDERED.**   /s/ Victor Marrero
>                       U.S.D.J.
>
>Dated: February 6, 2025

*/signed George Lambert/*