USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

- against -

COLLECTOR'S COFFEE INC., et al.,

        Defendants.

---

SDJ INVESTMENTS, LLC, et al.,

        Intervenor-Plaintiffs,

- against -

COLLECTOR'S COFFEE INC., et al.,

        Intervenor-Defendants.

---

19 Civ. 4355

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    All parties in this action shall appear before the Court by telephone for a status conference on Friday, April 4, 2025 at 2:00 PM. Dial-in information shall be distributed closer to the date of the conference. At the conference, the parties shall be prepared to discuss the status of the proposed settlement between Intervenor-Plaintiffs and Intervenor-Defendant the Jackie Robinson Foundation and the contemplation of further proceedings.

**SO ORDERED.**

Dated:    19 March 2025
           New York, New York

                                    _____
                                       Victor Marrero
                                        U.S.D.J.