```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>COLLECTOR'S COFFEE, INC., et al.,<br><br>　　　　　　　　　　　　　　Defendants. | 19-cv-04355-VM-GWG<br><br>[PROPOSED] ORDER TO PRODUCE MYKALAI KONTILAI FOR A DEPOSITION IN PRISON |

　　　　This matter is before the Court on the U.S. Securities and Exchange Commission's ("SEC" or the "Commission"), application to conduct a post-judgment deposition of Defendant Judgment-Debtor Mykalai Kontilai ("Kontilai"), who is currently incarcerated at FCI Lompoc II in Lompoc, California. This Court, having reviewed the full record, and with the Defendant's consent, hereby **GRANTS** the SEC's Request to Depose Mykalai Kontilai (BOP Register Number: 11267-511) at FCI Lompoc II in Lompoc, California pursuant to Rules 30(a)(2)(B) and Rule 69 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 3015; and

　　　　**IT IS HEREBY ORDERED**: (1) that the Superintendent, the Warden, or other official in charge at FCI Lompoc II produce incarcerated person Mykalai Kontilai (BOP Register Number: 11267-511) for the taking of his deposition by the SEC on August 13, 2025 commencing at 9:30 a.m. PT, health permitting, and for so long thereafter as the deposition

1

continues; and (2) that also present at the deposition will be a court reporter to be designated by the SEC.

SO ORDERED on this 23rd day of June, 2025.

_____
Victor Marrero
U.S.D.J.