UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2026

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br> - against -<br><br>COLLECTOR'S COFFEE, INC., et al.,<br><br>         Defendants. | 19-cv-04355-VM-GWG<br><br>**[PROPOSED] ORDER APPROVING THE SALE OF 566 TAM O SHANTER, LAS VEGAS, NEVADA 89109** |

This matter is before the Court on the U.S. Securities and Exchange Commission ("SEC") and Court Appointed Liquidation Agent's Request to Approve the sale of 566 Tam O Shanter, Las Vegas, Nevada 89109, and upon consideration of the motion, and for good cause shown:

**IT IS ORDERED** that the sale of the real property located at 566 Tam O Shanter, Las Vegas, Nevada 89109 is hereby approved.

**IT IS FURTHER ORDERED** that the SEC shall hold the sale proceeds pending further Order of this Court.

Dated:  January 13, 2026

_____
The Honorable Victor Marrero
United States District Court Judge